UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIGHBORHOOD MARKET ASSOCIATION, INC., and VAPIN' THE 619,<br><br>                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br><br>                    Defendant. | Case No.: 20-CV-1124 JLS (WVG)<br><br>**ORDER CONTINUING HEARING**<br><br>(ECF Nos. 4, 12) |

      Presently before the Court is Plaintiffs Neighborhood Market Association, Inc. and Vapin' The 619's Motion for Preliminary Injunction (ECF No. 4) and Defendant County of San Diego's Motion to Dismiss (ECF No. 12). The Parties recently filed a Joint Motion to Consolidate Hearings in related case *R.J. Reynolds Tobacco Company et al v. Becerra et al*, Case No. 3:20-cv-01990 (ECF No. 18). The Court consolidates the hearing on Plaintiffs' Motion for Preliminary Injunction and Defendant's Motion to Dismiss (ECF Nos. 4, 12) with the hearing on the Motion for Preliminary Injunction or Summary Judgment and Motion to Dismiss in *R.J. Reynolds Tobacco Company, et al. v. County of San Diego, et al.*, Case No. 3:20-cv-01290 (ECF Nos. 6, 26), and the Motion for Preliminary Injunction in *R.J. Reynolds Tobacco Company et al v. Becerra et al*, Case No.

1

3:20-cv-01990 (ECF No. 6).  Accordingly, the Court **HEREBY CONTINUES** the hearing on both motions presently scheduled in this matter for November 5, 2020 to <u>December 10, 2020 at 1:30 p.m</u>.

**IT IS SO ORDERED.**

Dated:  October 27, 2020

Hon. Janis L. Sammartino
United States District Judge