UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIGHBORHOOD MARKET ASSOCIATION, INC., and VAPIN' THE 619,<br><br>                              Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO.,<br><br>                              Defendant. | Case No.: 20-CV-1124 JLS (WVG)<br><br>**ORDER TAKING PENDING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 4, 12) |

Presently before the Court is Plaintiffs Neighborhood Market Association, Inc. and Vapin' The 619's Motion for Preliminary Injunction (ECF No. 4) and Defendant County of San Diego's Motion to Dismiss (ECF No. 12). The Court previously vacated the hearing on these Motions. (*See* ECF No. 28.) On its own motion, the Court the takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: February 9, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge