UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIGHBORHOOD MARKET ASSOCIATION, INC., and VAPIN' THE 619,<br><br>                      Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO,<br><br>                      Defendant. | Case No.: 20-CV-1124 JLS (WVG)<br><br>**ORDER DISMISSING CASE** |

On March 29, 2021, the Court dismissed Plaintiffs Neighborhood Market Association, Inc. and Vapin' The 619's Complaint without prejudice for failure to state a claim upon which relief can be granted. ECF No. 30. Plaintiffs have failed to file an amended complaint by the April 28, 2021 deadline or otherwise appear in this matter. Accordingly, the Court dismisses Plaintiffs' suit **WITH PREJUDICE**. This Order concludes the litigation in this matter. The Clerk of Court will close the file.

**IT IS SO ORDERED.**

Dated: June 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge